**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DANA JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:16-cv-03076-MPB-TWP ) |
| INDIANA BELL TELEPHONE COMPANY, INC. d/b/a AT&T, | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the Joint Stipulation of Dismissal With Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

SO ORDERED.

Dated: April 20, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

CM/ECF Distribution:

Meghan U. Lehner    meghan@clcattorneys.com

Brian Lee Mosby    bmosby@littler.com

Laura A. Lindner    llindner@littler.com